# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | | |
|---|---|---|
| FRT 2011-1 TRUST | ) | |
| | ) | |
| v. | ) | CV 213-107 |
| | ) | |
| EHEALTHSCREEN, LLC, et al | ) | |

## ORDER

Pursuant to a joint request, the Court hereby schedules a Status Conference in the above captioned case for 10:00 am on Wednesday, January 15, 2015 in Brunswick, Georgia. The January 9, 2015 deadline for the reply briefs is hereby suspended until further notice by the Court.

So ORDERED, this 7th day of January, 2015.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA